**United States Bankruptcy Court**
**Southern District of Georgia**

04 10015

In re **Horace Collins, Sr.** Case No.
Debtor(s) Chapter **13**

## CHAPTER 13 PLAN AND MOTION

1. The Debtor shall pay to the Trustee **$197.00 Monthly** for 36 months or until unsecured creditors have been paid 10%, whichever is later.

   Debtor agrees to increase the plan payments in an amount sufficient to fund claims of governmental entities in accordance with their classification, upon their allowance, and subject to reasonable notice of necessity for such increase.

2. From the payments so received, the Trustee shall make the following disbursements:
   (a) Priority payments required by 11 U.S.C. §507.
   (b) Secured creditors shall retain liens securing their claims. Creditors who file claims and whose claims are allowed as secured shall be paid in full with interest except as otherwise set forth in this plan.
   (c) Debtor moves that the following creditors be treated as undersecured creditors and their claims shall be treated as secured only to the extent of the value of their interest in collateral as set forth below. The balance of each undersecured creditor's claim shall be treated as an unsecured claim and paid under paragraph 2(d) of this plan.

| Creditor | Collateral | Amount of Secured Claim |
|---|---|---|
| **Heilig Meyer** | **Misc. items of furniture** | **500.00** |

   (d) After paying secured claims, the Trustee shall pay allowed unsecured claims including the unsecured portion of any partially secured debt, as follows:

   *Check one:* ☐ 100%; or ■ Pro-rata, from remaining funds in an amount to be estimated at confirmation.

3. The following leases or executory contracts of the Debtor are rejected/accepted:

| Creditor | Accepted | Rejected |
|---|---|---|
| **-NONE-** | | |

4. The Debtor will make regular post-petition payments as they become due, directly to the following secured creditors or lessors:

| Creditor | Collateral |
|---|---|
| **Citimortgage** | **Location: 3404 Webster Road Richmond County, Augusta GA** |
| **United Mortgage and Investment** | **Location: 3404 Webster Road Richmond County, Augusta GA** |

   Any pre-petition arrearage due the creditors described in paragraph 4 shall be cured through payments by the Chapter 13 Trustee.

5. Debtor moves to avoid, pursuant to 11 U.S.C. §522(f), the liens of the following creditors upon discharge, with respect to the described property:

| Creditor | Property |
|---|---|
| **-NONE-** | |

6. The following collateral will be surrendered to satisfy the creditor's secured claim to the extent shown:

| Creditor | Collateral | Amount of Claim Satisfied |
|---|---|---|
| **-NONE-** | | |

7. Debtor requests permission to pay filing fees in installments if not paid at filing. No monies have or will be paid to Debtor's counsel prior to payment of said filing fees.

8. Other provisions:

   **Secured creditors to be paid 12% or contract rate, whichever is lower.**

Horace Collins Sr **December 31, 2003**
*Debtor's Signature* *Date*

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

(2)