FILED
2007 FEB 22 AM 9:04
U.S. BANKRUPTCY COURT
AUGUSTA, GA
SAMUEL L. KAY, CLERK

**United States Bankruptcy Court**
**For the Southern District of Georgia**

In the matter of: Debtor
HORACE COLLINS, SR
3404 WEBSTER ROAD
AUGUSTA, GA 30906

Case No:
04-10015



# FINAL REPORT AND ACCOUNT

Report Printed February 21, 2007

K-COMPLETED SS #1: XXX-XX-6129
Attorney: JAMES DUNCAN III & ASSOC PC
Plan Filed Date: Jan 5, 2004 Plan Confirmed: Jun 7, 2004 Case Concluded: Feb 21, 2007

Your Trustee hereby certifies that this case has been fully administered, that a detailed record of all receipts and disbursements has been maintained; copies are attached to the original filed with the Clerk and incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors. $6,597.50

| Creditor Name | Clm # | Class | Claim Amount | Debt Allowed | Total Paid | Balance Due |
|---|---|---|---|---|---|---|
| HORACE COLLINS, SR | 000.0 | DTR | | | $756.21 | $0.00 |
| DOCTORS & MERCHANTS CREDIT BUR | 001.0 | UNS | $205.01 | $205.01 | $205.01 | $0.00 |
| U M L I C V P | 002.0 | ARR | $938.46 | $0.00 | $0.00 | $0.00 * |
| ASSOCIATES RECOVERY SERV | 003.0 | UNS | $2,881.80 | $2,881.80 | $2,881.80 | $0.00 |
| CAPITAL ONE BANK | 004.0 | UNS | $734.83 | $734.83 | $734.83 | $0.00 |
| CITIMORTGAGE | 005.0 | ARR | $0.00 | $0.00 | $0.00 | $0.00 |
| CLERK OF U S BANKRUPTCY COURT | 991 | FFE | $155.00 | $155.00 | $155.00 | $0.00 |
| CLERK U S BANKRUPTCY COURT | 994 | ADM | $39.00 | $39.00 | $39.00 | $0.00 |
| JAMES DUNCAN III & ASSOC PC | 999 | ATY | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 |
| CHAPTER 13 TRUSTEE FEE | | TRU | | $325.65 | $325.65 | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Other | Total Paid |
|---|---|---|---|---|---|---|---|
| Debt | $0.00 | $0.00 | $3,821.64 | $519.65 | $1,500.00 | $756.21 | |
| Paid | $0.00 | $0.00 | $3,821.64 | $519.65 | $1,500.00 | $756.21 | $6,597.50 |

cc: JAMES DUNCAN III & ASSOC PC
P O BOX 211003
AUGUSTA, GA 30917-1003

PAGE 1 - CONTINUED ON NEXT PAGE

Case No:
04-10015



WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your petitioner as Trustee and releasing Trustee's surety from all liability on account of the proceedings; closing the estate, and for such other relief as is just.

* RAP (Reduced Amount to Paid)

Barnee C. Baxter, Trustee